IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:09cv374

| | |
|---|---|
| IN RE: ) | |
| CAROLYN FELTY WAYCASTER, ) | |
| ) | |
| Debtor. ) | |
| ) | |
| BLUE RIDGE QUARRIES, INC., ) | |
| ) | |
| Appellant, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| CAROLYN FELTY WAYCASTER, ) | |
| ) | |
| Appellee. ) | |

**THIS MATTER** is before the Court on the Appellant's Motion to Dismiss Appeal. [Doc. 7]. The Appellee has advised the Court's chambers that she does not oppose the Appellant's Motion.

For the reasons stated in the Appellant's motion, and for cause shown, **IT IS, THEREFORE, ORDERED** that the Appellant's Motion to Dismiss Appeal [Doc. 7] is **ALLOWED**, and this appeal is **DISMISSED**.

**IT IS SO ORDERED**.

Signed: June 24, 2010

Martin Reidinger
United States District Judge